IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES M. BROADHEAD, #224802,      )
                                  )
          Plaintiff,              )
                                  )
     v.                           )     CIVIL ACTION NO. 2:11-CV-341- MEF
                                  )                [WO]
                                  )
OFFICER G. WOODARD, et al.,       )
                                  )
          Defendants.             )

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This 42 U.S.C. § 1983 action is before the court on a complaint filed by James M. Broadhead ["Broadhead"]. In the initial complaint, Broadhead presented rambling and somewhat incoherent claims regarding an alleged physical altercation with correctional officers that purportedly occurred some time during a previous confinement at the Kilby Correctional Facility. *Complaint - Doc. No. 1* at 3-4. Broadhead subsequently filed an amendment to his complaint in which he altered various factual allegations regarding his claims for relief. *Amendment - Doc. No. 4* at 3-4.

Upon thorough review of the complaint, as amended, and the evidentiary materials filed by the defendants demonstrating the alleged incident did not occur as set forth by the plaintiff, the court deemed it necessary that Broadhead file an amendment to his complaint containing essential identifying information. *Order of October 19, 2011 - Doc. No. 22*. The time allowed Broadhead to file the requisite amendment expired on November 3, 2011. As of the present date, Broadhead has failed to file an amendment to the complaint or any other response to the order entered on October 19, 2011. In addition, Broadhead does not indicate any intention that he seeks to proceed in this case. This case cannot properly proceed without the information sought from the plaintiff in

the orders of this court.  Consequently, the court concludes that this case is due to be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to file an amendment to his complaint in accordance with the directives of an order entered in this case.  It is further

ORDERED that on or September 12, 2012 the parties may file objections to the Recommendation.  Any objection must specifically identify the findings in the  Recommendation objected to.  Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.  Failure to file written objections to the proposed findings in the Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, en banc), adopting as binding precedent all decisions of the former Fifth Circuit issued prior to September 30, 1981.

Done this 28th day of August, 2012.


/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE