IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES M. BROADHEAD, #224802, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:11-cv-341-MEF |
| | ) | |
| OFFICER G. WOODARD *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On August 28, 2012 the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. 24).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is ADOPTED, and that this case is dismissed without prejudice for Broadhead's failure to file an amendment to his complaint in accordance with the directives of an order entered in this case.

DONE this the 26th day of September, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE